# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139769 & (60)

DAN-KAI TUS and NU CHEN YEN TUS,
   Plaintiffs/Counter-Defendants/
   Appellants,

v

SHIRLEY HURT f/k/a SHIRLEY ROBBINS,
   Defendant-Cross Defendant,

and

STERLING MORTGAGE & INVESTMENT
COMPANY,
   Defendant/Counter-Plaintiff/Cross
   Plaintiff/Appellee,

and

AMERICAN TITLE COMPANY OF
WASHTENAW and REPUBLIC BANC
MORTGAGE COMPANY,
   Third-Party Defendants.
_____

SC: 139769
COA: 281007
Washtenaw CC: 06-000910-CH

   On order of the Chief Justice, a stipulation by counsel agreeing to the dismissal of the appeal is considered and the appeal is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

Clerk